IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALAN R. MALLORY,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY CORRECTIONS MEDICAL STAFF, and HEATHER WETZL, Public Defenders - Social Worker;<br><br>        Defendants. | 8:17CV124<br><br>**MEMORANDUM AND ORDER** |

      On May 30, 2017, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. On June 9, 2017, Plaintiff updated his address and the order was resent to that address that same date. On June 14, 2017, the court ordered Plaintiff to file a new request for leave to proceed in forma pauperis or pay the court's $400 filing and administrative fees within 30 days. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

      IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

      Dated this 21st day of July, 2017.

                                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          Senior United States District Judge